1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   GARY FRANCIS FISHER,                          Case No.  13-cv-02842-WHO (PR)

            Plaintiff,

12
                                                   **ORDER OF TRANSFER**
13        v.

14   DIRECTOR OF OPS OF CDCR,

            Defendant.

15

16

17        Plaintiff's claims arise from the conditions of confinement at Corcoran State Prison,

18   which lies in the Eastern District of California.  Accordingly, this federal civil rights action

19   is hereby TRANSFERRED to the Eastern District of California, wherein venue properly

20   lies because a substantial part of the events or omissions giving rise to the claims occurred,

21   and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and

22   1406(a).  The Clerk shall transfer this action forthwith.

23        **IT IS SO ORDERED.**

24   **Dated:**  June 10, 2014

25                                               

26                                               WILLIAM H. ORRICK
                                                 United States District Judge
27

28

*United States District Court*
*Northern District of California*

1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   GARY FRANCIS FISHER,                    Case No.  13-cv-02842-WHO

                 Plaintiff,
8
          v.                                **CERTIFICATE OF SERVICE**
9

10  DIRECTOR OF OPS OF CDCR,

                 Defendant.
11

12

13          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.

14
            That on 6/10/2014, I SERVED a true and correct copy of the attached, by placing said
15  copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said
    envelope in the U.S. Mail.
16
            Gary Francis Fisher
17          California Health Care Facility D5-A-111
            P.O. Box 32080
18          Stockton, CA 95213

19

20  Dated: 6/10/2014

21

22                                          Richard W. Wieking
                                            Clerk, United States District Court
23

24

25                                          By:_____
                                            Jean Davis, Deputy Clerk to the
26                                          Honorable WILLIAM H. ORRICK

27

28